No. 35, Misc.   MAISENHELDER *v.* BANMILLER, WARDEN. Supreme Court of Pennsylvania, Eastern District.   Certiorari denied.

No. 36, Misc.   YOUNG *v.* UNITED STATES TREASURY DEPARTMENT.   C. A. 6th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 37, Misc.   ZIELINSKI *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 42, Misc.   HARRIS *v.* ILLINOIS ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 43, Misc.   CLARK *v.* BANNAN, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 44, Misc.   HARTFIELD *v.* RAGEN, WARDEN.   Supreme Court of Illinois.   Certiorari denied.

No. 45, Misc.   CRAVENS *v.* KLINGER, SUPERINTENDENT, CALIFORNIA MEN'S COLONY.   Supreme Court of California.   Certiorari denied.

No. 46, Misc.   CHESSER *v.* NASH, WARDEN.   Supreme Court of Missouri.   Certiorari denied.

No. 51, Misc.   COPELAND *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.   Supreme Court of Washington.   Certiorari denied.

No. 53, Misc.   ROLIE *v.* ILLINOIS.   Circuit Court of Randolph County, Illinois.   Certiorari denied.